***ROBERT L. ARLEO, ESQ.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                    Fax: (518) 751-1801
Email: r.arleo@verizon.net


February 19, 2013

Honorable Vera M. Scanlon
United States Magistrate Judge, USDC
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York    11201
Via ECF
                         Re:  Bey v. Rubin & Rothman, LLC
                              <u>12-CV-03790</u>

Dear Magistrate Judge Scanlon:

   I am counsel for the Defendant named in the above-entitled action. I am corresponding in regard to the initial conference ordered by Your Honor to occur on February 26, 2013 at 2:45 PM. Please be advised that I am presently in California and will not return to New York until mid-March, partly due to a serious car accident I was involved in which occurred on Monday, February 4th. Therefore, I request that Your Honor allow me to appear telephonically at the initial conference. Of course, if Your Honor is inclined not to grant my request, then another attorney will file a notice of appearance on behalf of the Defendant for the purpose of appearing in person at the initial conference.


                              Respectfully submitted,

                              /   s   /   *Robert L. Arleo*

                              Robert L. Arleo

RLA:gra
cc:  All counsel of record via ECF