IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Kwame Bey | § | |
|    Plaintiff | § | Case No.: 12-CV-037901 (SJ)(VS) |
| v. | § | |
| Rubin & Rothman LLC | § | Hon. Sterling Johnson, Jr. |
|    Defendant | § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Kwame Bey hereby voluntarily dismisses this action against Defendant Rubin & Rothman, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice.

An executed faxed copy of this Stipulation shall be deemed as a signed original.

AGREED:

Plaintiff Kwame Bey

By: _____ Date: April 25, 2013
Ahmad Keshavarz
The Law Offices of Ahmad Keshavarz
Attorney for Plaintiff

AGREED:

Rubin & Rothman LLC

By: _____ Date: April 23, 2013
Robert Arleo, Esq.
Attorney for Defendant

1

Last saved 4/23/2013 1:31:00 PM